## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: U.S. BANCORP LITIGATION

Master File No. 99-0891 (JRT)

**AMENDED ORDER**

Attorney Karl Cambronne advised this Court that various class members have received checks in the above-mentioned action and have failed to cash their checks. He further advised the Court that a substantial period of time has elapsed since checks were issued and no further contact has been made by the class members in question.

There is currently in the Trust Account of Chestnut Cambronne PA the sum of $128,411.92 representing the total amount of uncashed checks. Class counsel and the class administrator, Analytics, Incorporated, have requested that the Court distribute that sum to appropriate charitable organizations as the Court may direct.

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Karl L. Cambronne of Chestnut Cambronne PA shall, upon receipt of this Order, pay from the Chestnut Cambronne Trust Account the sum of $128,411.92 as follows:

    a. An amount of $35,000 shall be directed towards: The Oslo Center for Peace and Human Rights – U.S. Foundation, 8148 Kentucky Avenue South, Bloomington, MN 55438. The contact person is Orlyn Kringstad, Executive Director (612-280-6520). The check needs to be made out to "Oslo Center – US Foundation" and instructions should accompany the check that states the money is for "Peace Begins at Home: The Case for Somalia" project.

b. An amount of $45,000 shall be directed towards: The Federal Bar Association, Minnesota Chapter, "Pro Se Project". The check should be sent to Rachel Zimmerman, Treasurer, Minnesota Chapter FBA, Merchant & Gould, 3200 IDS Center, 80 South Eighth Street, Minneapolis MN 55402-2215

c. An amount of $35,000 shall be directed towards: Family Means, Consumer Credit Counseling Service, 1875 Northwestern Avenue South Stillwater, MN 55082. **The contact person is Arba Della Beck (651-789-4040), President, Family Means.** The check needs to be made out to "Family Means" and instructions should accompany the check stating that the money is restricted to use for credit counseling.

d. An amount of $13,411.92 shall be directed towards: United States District Court – District of Minnesota, "Federal Transportation Program". The contact person is Katie Uline, Financial Control Specialist. The check can be mailed to 202 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

DATED: February 16, 2010         _____s/ John R. Tunheim_____
at Minneapolis, Minnesota.              JOHN R. TUNHEIM
                                    United States District Judge